

FILED

2011 SEP 26  PM 2:57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

CARLOS AGUIRRE
38587 154th Street East
Palmdale, California 93591
(661) 414-2866 Cell
(661) 367-5252 Fax
In PRO SE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

**Case No.** CV11-7955- PSG (FFMx)

CARLOS AGUIRRE

      Plaintiff,

v.

NCO Financial Systems, Inc.,

      Defendant.

**ORIGINAL VERIFIED COMPLAINT
FOR VIOLATIONS OF:**

1. **THE FAIR DEBT COLLECTION
   PRACTICES ACT (FDCPA);**

2. **THE ROSENTHAL FAIR DEBT
   COLLECTION PRACTICES ACT
   (RFDCPA).**

**[JURY TRIAL DEMANDED]**

## ORIGINAL VERIFIED COMPLAINT

Plaintiff is proceeding *pro se*. Therefore, this Court must construe this claim liberally and hold it to a less stringent standard than the Court would apply to a pleading drafted by a lawyer.

    *Laber v. Harvey,* 438 F.3d 404, 413 n. 3 (4th Cir. 2006).

1

ORIGINAL VERIFIED COMPLAINT



SEP 2 6 2011

## INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, *et seq.* (hereinafter "RFDCPA"), both of which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

## JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. §1692k(d) which grants the United States District Courts jurisdiction to hear this action without regard to the amount in controversy; and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367; 28 U.S.C. §1331, and 28 U.S.C. §1337, with additional claims under California State Law. These claims all arise out of the same controversy and sequence of events.

3. Venue is proper pursuant to 28 U.S.C. §1391(b).

## PARTIES

4. Plaintiff, Carlos Aguirre ("Plaintiff"), is a natural person residing in Los Angeles county in the state of California and is a "consumer" as defined by the FDCPA 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

5. At all relevant times herein, Defendant, NCO Financial Systems, Inc., ("Defendant") was a company engaged, by use of the U.S.P.S. and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f). Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

## FACTUAL ALLEGATIONS

6. At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt.

7. In April 20, 2011 (see "EXHIBIT A"), Defendant initially contacted Plaintiff in connection with an attempt to collect an alleged debt.

2

ORIGINAL VERIFIED COMPLAINT

8. On average, Plaintiff received from Defendant, more than 12 collection calls on Plaintiff'S cell number 661-414-2866, from April 20, 2011 to August 30, 2011 (see "EXHIBIT B") without validating the debt—a violation of Federal Law,

9. Pursuant to § 1692g(B) Collector must cease collection efforts until debt is validated.

10. ***1692g provides:***

(a) Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector shall, unless the following information is contained in the initial communication or the consumer has paid the debt, send the consumer a written notice containing

(1) the amount of the debt;

(2) the name of the creditor to whom the debt is owed;

(3) a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of thedebt, or any portion thereof, the debt will be assumed to be valid by the debt collector;

(4) a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debtcollector; and

(5) a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

(b) If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) of this section that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, ***the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt*** or a copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector.

11. Pursuant to § 1692g, Failure to send the consumer a 30-day validation notice within five days of the initial communication is a violation.

12. Defendant contacted Plaintiff with such a frequency as to constitute harassment under the circumstances, § 1692d.     .

13. Defendant sent plaintiff a letter dated June 21, 2011. admitting that they had no record of purported debt (see "EXHIBIT C"). but never ceased calling Plaintiff as required by law.

ORIGINAL VERIFIED COMPLAINT

14. Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

a) Failure to validate purported debt and ***continue to call to collect on purported debt WHILE IGNORING VALIDATION LETTER.*** (see EXHIBIT D)

b) Causing a telephone to ring repeatedly or continuously to annoy Plaintiff (Cal Civ Code 1788.11(d));

c) Communicating, by telephone or in person, with Plaintiff with such frequency as to be unreasonable and to constitute an harassment to Plaintiff under the circumstances (Cal Civ Code 1788.11(e));

d) Causing Plaintiffs telephone to ring repeatedly or continuously with intent to harass, annoy or abuse Plaintiff (1692d(5)); and

e) Communicating with Plaintiff at 'times or places which were known or should have been known to be inconvenient for Plaintiff (1692c(a)(I)).

15. As a result of the above violations of the FDCPA and RFDCPA Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish, emotional distress and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, costs and attorney's fees.

### COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

16. Plaintiff reincorporates by reference all of the preceding paragraphs.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

A. Declaratory judgment that Defendant's conduct violated the FDCPA;

B. Actual damages;

C. Statutory damages;

D. Costs and reasonable attorney's fees; and,

E. For such other and further relief as may be just and proper.

4

ORIGINAL VERIFIED COMPLAINT

## COUNT II: VIOLATION OF ROSENTHAL
## FAIR DEBT COLLECTION'PRACTICES ACT

13. Plaintiff reincorporates by reference all of the preceding paragraphs.

14. To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully.

15. Further, §1788.17 of the RFDCPA mandates that every debt collector collecting or attempting to collect a consumer debt shall comply with the provisions of Sections 1692b to 1692j, inclusive, of, and shall be subject to the remedies in Section 1692k of, Title 15 of the United States Code statutory regulations contained within the FDCPA, 15 U.S. C. §1692d, and §1692d(5).

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

A. Declaratory judgment that Defendant's conduct violated the RFDCPA;

B. Actual damages;

C. Statutory damages for willful and negligent violations;

D. Costs and reasonable attorney's fees,

E. For such other and further relief as may be just and proper.

### PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted on  09 -23 -2011

By: _____

CARLOS AGUIRRE, PRO PER

5

ORIGINAL VERIFIED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

1
ORIGINAL VERIFIED COMPLAINT


**verizon**wireless

## Detail for Luis Aguirre: 661−414−2866

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/17 | 4:27P | 724−444−7444 | Off−Peak | N&W | Valencia CA | Gibsonia PA | 94 | --- | --- | --- |
| 4/18 | 8:44A | 818−429−0367 | Peak | M2MAllow | Pearblosso CA | Incoming CL | 3 | --- | --- | --- |
| 4/18 | 10:47A | 818−741−6162 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 6 | --- | --- | --- |
| 4/18 | 11:12A | 818−741−6162 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 1 | --- | --- | --- |
| 4/18 | 11:31A | 818−419−3759 | Peak | M2MAllow | San Fernan CA | Incoming CL | 1 | --- | --- | --- |
| 4/18 | 11:35A | 818−741−6162 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 1 | --- | --- | --- |
| 4/18 | 11:36A | 818−837−3840 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 1 | --- | --- | --- |
| 4/18 | 11:38A | 818−837−3840 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 5 | --- | --- | --- |
| 4/18 | 11:44A | 818−741−6162 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 2 | --- | --- | --- |
| 4/18 | 11:57A | 818−741−6162 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 1 | --- | --- | --- |
| 4/18 | 12:47P | 818−837−3840 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 2 | --- | --- | --- |
| 4/18 | 12:51P | 818−837−3840 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 2 | --- | --- | --- |
| 4/18 | 1:23P | 818−837−3840 | Peak | PlanAllow | Northridge CA | Snfn Snfn CA | 2 | --- | --- | --- |
| 4/19 | 11:45A | 818−645−9205 | Peak | PlanAllow | Northridge CA | Incoming CL | 1 | --- | --- | --- |
| 4/19 | 12:01P | 818−645−9205 | Peak | PlanAllow | Northridge CA | Incoming CL | 2 | --- | --- | --- |
| 4/19 | 6:26P | 619−397−5485 | Peak | PlanAllow | Valencia CA | Incoming CL | 27 | --- | --- | --- |
| 4/19 | 6:55P | 818−741−6162 | Peak | PlanAllow | Valencia CA | Snfn Snfn CA | 2 | --- | --- | --- |
| 4/19 | 7:12P | 818−365−5386 | Peak | PlanAllow | Santa Clar CA | Snfn Snfn CA | 1 | --- | --- | --- |
| 4/19 | 8:37P | 323−702−0098 | Peak | PlanAllow | Palmdale CA | Incoming CL | 14 | --- | --- | --- |
| 4/20 | 9:03A | 800−956−4638 | Peak | PlanAllow  N ₒ C . O | Pearblosso CA | Incoming CL | 1 | --- | --- | --- |
| 4/20 | 9:04A | 818−741−6162 | Peak | PlanAllow | Pearblosso CA | Snfn Snfn CA | 2 | --- | --- | --- |
| 4/20 | 3:52P | 661−964−8486 | Peak | M2MAllow | Sylmar CA | Snca Nhcs CA | 3 | --- | --- | --- |
| 4/20 | 4:12P | 661−964−8486 | Peak | M2MAllow | Pacoima CA | Incoming CL | 1 | --- | --- | --- |
| 4/20 | 4:26P | 818−741−6162 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 8 | --- | --- | --- |
| 4/20 | 4:58P | 818−741−6162 | Peak | PlanAllow | Mission Hi CA | Snfn Snfn CA | 3 | --- | --- | --- |
| 4/20 | 5:01P | 760−518−5867 | Peak | M2MAllow | Mission Hi CA | Vista CA | 1 | --- | --- | --- |
| 4/20 | 5:03P | 818−741−6162 | Peak | PlanAllow | Mission Hi CA | Snfn Snfn CA | 2 | --- | --- | --- |
| 4/20 | 5:05P | 818−837−3840 | Peak | PlanAllow | Mission Hi CA | Snfn Snfn CA | 1 | --- | --- | --- |
| 4/20 | 5:06P | 818−837−3840 | Peak | PlanAllow | Mission Hi CA | Snfn Snfn CA | 1 | --- | --- | --- |
| 4/20 | 5:11P | 818−741−6162 | Peak | PlanAllow | Mission Hi CA | Incoming CL | 2 | --- | --- | --- |
| 4/20 | 5:13P | 760−518−5867 | Peak | M2MAllow | San Fernan CA | Vista CA | 1 | --- | --- | --- |
| 4/20 | 5:39P | 818−741−6162 | Peak | PlanAllow | Mission Hi CA | Incoming CL | 1 | --- | --- | --- |
| 4/20 | 5:40P | 818−741−6162 | Peak | PlanAllow | Mission Hi CA | Incoming CL | 3 | --- | --- | --- |
| 4/20 | 5:48P | 661−964−8486 | Peak | M2MAllow | Mission Hi CA | Incoming CL | 1 | --- | --- | --- |
| 4/20 | 6:32P | 661−964−8486 | Peak | M2MAllow | Valencia CA | Snca Nhcs CA | 1 | --- | --- | --- |
| 4/20 | 6:33P | 661−964−8486 | Peak | M2MAllow,CallWait | Valencia CA | Incoming CL | 1 | --- | --- | --- |
| 4/20 | 6:49P | 707−399−6964 | Peak | PlanAllow | Valencia CA | Frfld−Suis CA | 2 | --- | --- | --- |
| 4/20 | 7:10P | 818−741−6162 | Peak | PlanAllow | Valencia CA | Incoming CL | 4 | --- | --- | --- |
| 4/20 | 7:59P | 661−964−8486 | Peak | M2MAllow | Santa Clar CA | Incoming CL | 1 | --- | --- | --- |
| 4/20 | 8:20P | 661−964−8486 | Peak | M2MAllow | Canyon Cou CA | Snca Nhcs CA | 1 | --- | --- | --- |
| 4/20 | 8:55P | 818−419−3759 | Peak | M2MAllow | Acton CA | Incoming CL | 6 | --- | --- | --- |
| 4/20 | 9:36P | 818−419−3759 | Off−Peak | N&W | Pearblosso CA | Van Nuys CA | 7 | --- | --- | --- |
| 4/20 | 10:17P | 818−216−9000 | Off−Peak | N&W | Pearblosso CA | Van Nuys CA | 1 | --- | --- | --- |
| 4/21 | 10:10A | 661−964−8486 | Peak | M2MAllow | Pearblosso CA | Snca Nhcs CA | 1 | --- | --- | --- |
| 4/21 | 4:31P | 310−207−9699 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 9 | --- | --- | --- |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

1
ORIGINAL VERIFIED COMPLAINT



verizonwireless

| | | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|---|
| | | 0976206745 | 470533187-00001 | Past Due | 6 of 64 |

## Detail for Luis Aguirre: 661-414-2866

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/17 | 4:27P | 724-444-7444 | Off-Peak N&W | | Valencia CA | Gibsonia PA | 94 | --- | --- | --- |
| 4/18 | 8:44A | 818-429-0367 | Peak | M2MAllow | Pearblosso CA | Incoming CL | 3 | --- | --- | --- |
| 4/18 | 10:47A | 818-741-6162 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 6 | --- | --- | --- |
| 4/18 | 11:12A | 818-741-6162 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 1 | --- | --- | --- |
| 4/18 | 11:31A | 818-419-3759 | Peak | M2MAllow | San Fernan CA | Incoming CL | 1 | --- | --- | --- |
| 4/18 | 11:35A | 818-741-6162 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 1 | --- | --- | --- |
| 4/18 | 11:36A | 818-837-3840 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 1 | --- | --- | --- |
| 4/18 | 11:38A | 818-837-3840 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 5 | --- | --- | --- |
| 4/18 | 11:44A | 818-741-6162 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 2 | --- | --- | --- |
| 4/18 | 11:57A | 818-741-6162 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 1 | --- | --- | --- |
| 4/18 | 12:47P | 818-837-3840 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 2 | --- | --- | --- |
| 4/18 | 12:51P | 818-837-3840 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 2 | --- | --- | --- |
| 4/18 | 1:23P | 818-837-3840 | Peak | PlanAllow | Northridge CA | Snfn Snfn CA | 2 | --- | --- | --- |
| 4/19 | 11:45A | 818-645-9205 | Peak | PlanAllow | Northridge CA | Incoming CL | 1 | --- | --- | --- |
| 4/19 | 12:01P | 818-645-9205 | Peak | PlanAllow | Northridge CA | Incoming CL | 2 | --- | --- | --- |
| 4/19 | 6:26P | 619-397-5485 | Peak | PlanAllow | Valencia CA | Incoming CL | 27 | --- | --- | --- |
| 4/19 | 6:55P | 818-741-6162 | Peak | PlanAllow | Valencia CA | Snfn Snfn CA | 2 | --- | --- | --- |
| 4/19 | 7:12P | 818-365-5386 | Peak | PlanAllow | Santa Clar CA | Snfn Snfn CA | 1 | --- | --- | --- |
| 4/19 | 8:37P | 323-702-0098 | Peak | PlanAllow | Palmdale CA | Incoming CL | 14 | --- | --- | --- |
| 4/20 | 9:03A | 800-956-4638 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 1 | --- | --- | --- |
| 4/20 | 9:04A | 818-741-6162 | Peak | PlanAllow | Pearblosso CA | Snfn Snfn CA | 2 | --- | --- | --- |
| 4/20 | 3:52P | 661-964-8486 | Peak | M2MAllow | Sylmar CA | Snca Nhcs CA | 3 | --- | --- | --- |
| 4/20 | 4:12P | 661-964-8486 | Peak | M2MAllow | Pacoima CA | Incoming CL | 1 | --- | --- | --- |
| 4/20 | 4:26P | 818-741-6162 | Peak | PlanAllow | Sylmar CA | Snfn Snfn CA | 8 | --- | --- | --- |
| 4/20 | 4:58P | 818-741-6162 | Peak | PlanAllow | Mission Hi CA | Snfn Snfn CA | 3 | --- | --- | --- |
| 4/20 | 5:01P | 760-518-5867 | Peak | M2MAllow | Mission Hi CA | Vista CA | 1 | --- | --- | --- |
| 4/20 | 5:03P | 818-741-6162 | Peak | PlanAllow | Mission Hi CA | Snfn Snfn CA | 2 | --- | --- | --- |
| 4/20 | 5:05P | 818-837-3840 | Peak | PlanAllow | Mission Hi CA | Snfn Snfn CA | 1 | --- | --- | --- |
| 4/20 | 5:06P | 818-837-3840 | Peak | PlanAllow | Mission Hi CA | Snfn Snfn CA | 1 | --- | --- | --- |
| 4/20 | 5:11P | 818-741-6162 | Peak | PlanAllow | Mission Hi CA | Incoming CL | 2 | --- | --- | --- |
| 4/20 | 5:13P | 760-518-5867 | Peak | M2MAllow | San Fernan CA | Vista CA | 1 | --- | --- | --- |
| 4/20 | 5:39P | 818-741-6162 | Peak | PlanAllow | Mission Hi CA | Incoming CL | 1 | --- | --- | --- |
| 4/20 | 5:40P | 818-741-6162 | Peak | PlanAllow | Mission Hi CA | Incoming CL | 3 | --- | --- | --- |
| 4/20 | 5:48P | 661-964-8486 | Peak | M2MAllow | Mission Hi CA | Incoming CL | 1 | --- | --- | --- |
| 4/20 | 6:32P | 661-964-8486 | Peak | M2MAllow | Valencia CA | Snca Nhcs CA | 1 | --- | --- | --- |
| 4/20 | 6:33P | 661-964-8486 | Peak | M2MAllow,CallWait | Valencia CA | Incoming CL | 1 | --- | --- | --- |
| 4/20 | 6:49P | 707-399-6964 | Peak | PlanAllow | Valencia CA | Frtld-Suis CA | 2 | --- | --- | --- |
| 4/20 | 7:10P | 818-741-6162 | Peak | PlanAllow | Valencia CA | Incoming CL | 4 | --- | --- | --- |
| 4/20 | 7:59P | 661-964-8486 | Peak | M2MAllow | Santa Clar CA | Incoming CL | 1 | --- | --- | --- |
| 4/20 | 8:20P | 661-964-8486 | Peak | M2MAllow | Canyon Cou CA | Snca Nhcs CA | 1 | --- | --- | --- |
| 4/20 | 8:55P | 818-419-3759 | Peak | M2MAllow | Acton CA | Incoming CL | 6 | --- | --- | --- |
| 4/20 | 9:36P | 818-419-3759 | Off-Peak N&W | | Pearblosso CA | Van Nuys CA | 7 | --- | --- | --- |
| 4/20 | 10:17P | 818-216-9000 | Off-Peak N&W | | Pearblosso CA | Van Nuys CA | 1 | --- | --- | --- |
| 4/21 | 10:10A | 661-964-8486 | Peak | M2MAllow | Pearblosso CA | Snca Nhcs CA | 1 | --- | --- | --- |
| 4/21 | 4:31P | 310-207-9699 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 9 | --- | --- | --- |




**veri7onwireless**

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 1008425056 | 470533187−00001 | Past Due | 6 of 41 |

## Detail for Luis Aguirre: 661−414−2866

### Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/05 | 12:07P | 818−741−6162 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 2 | --- | --- | --- |
| 8/05 | 12:26P | 818−979−4122 | Peak | PlanAllow | Palmdale CA | Incoming CL | 1 | --- | --- | --- |
| 8/05 | 1:16P | 818−493−0187 | Peak | PlanAllow | Palmdale CA | Incoming CL | 1 | --- | --- | --- |
| 8/05 | 1:25P | 818−741−6162 | Peak | PlanAllow | Palmdale CA | Incoming CL | 1 | --- | --- | --- |
| 8/05 | 1:32P | 661−492−9732 | Peak | PlanAllow | Palmdale CA | Lancaster CA | 8 | --- | ---- | --- |
| 8/05 | 1:53P | 818−741−6162 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 13 | --- | --- | --- |
| 8/05 | 2:12P | 818−741−6162 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 3 | --- | --- | --- |
| 8/05 | 2:34P | 818−741−6162 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 3 | --- | --- | --- |
| 8/05 | 3:41P | 818−493−0187 | Peak | PlanAllow | Llano CA | Snfn Snfn CA | 1 | --- | --- | --- |
| 8/05 | 3:42P | 818−493−0187 | Peak | PlanAllow | Palmdale CA | Snfn Snfn CA | 2 | --- | --- | --- |
| 8/05 | 5:49P | 818−493−0187 | Peak | PlanAllow | Palmdale CA | Incoming CL | 1 | --- | --- | --- |
| 8/05 | 7:33P | 818−741−6162 | Peak | PlanAllow | Palmdale CA | Incoming CL | 1 | --- | --- | --- |
| 8/05 | 9:00P | 818−741−6162 | Peak | N&W,PlanAllow,Span | Pearblosso CA | Snfn Snfn CA | 4 | --- | --- | --- |
| 8/06 | 12:05P | 661−904−9569 | Off−Peak | N&W | Pearblosso CA | Incoming CL | 1 | --- | --- | --- |
| 8/06 | 12:51P | 661−492−9732 | Off−Peak | N&W | Pearblosso CA | Lancaster CA | 5 | --- | --- | --- |
| 8/07 | 1:24A | 818−365−4021 | Off−Peak | N&W | Palmdale CA | Snfn Snfn CA | 1 | --- | --- | --- |
| 8/07 | 2:00P | 661−298−5550 | Off−Peak | N&W | Palmdale CA | Incoming CL | 7 | --- | --- | --- |
| 8/07 | 2:10P | 661−298−5550 | Off−Peak | N&W | Pearblosso CA | Incoming CL | 1 | --- | --- | --- |
| 8/07 | 2:48P | 661−298−5550 | Off−Peak | N&W | Pearblosso CA | Snca Sgcc CA | 14 | --- | --- | --- |
| 8/07 | 3:40P | 661−298−5550 | Off−Peak | N&W | Palmdale CA | Incoming CL | 2 | --- | --- | --- |
| 8/07 | 4:58P | 818−979−4122 | Off−Peak | N&W | Palmdale CA | Incoming CL | 4 | --- | --- | --- |
| 8/07 | 6:24P | 661−298−5550 | Off−Peak | N&W | Palmdale CA | Snca Sgcc CA | 1 | --- | --- | --- |
| 8/07 | 9:23P | 818−645−9205 | Off−Peak | N&W | Palmdale CA | Van Nuys CA | 3 | --- | --- | --- |
| 8/07 | 9:54P | 800−642−4720 | Off−Peak | N&W | Pearblosso CA | Toll−Free CL | 1 | --- | --- | --- |
| 8/07 | 9:56P | 661−298−5550 | Off−Peak | N&W | Pearblosso CA | Snca Sgcc CA | 1 | --- | --- | --- |
| 8/07 | 9:57P | 800−642−4720 | Off−Peak | N&W | Palmdale CA | Toll−Free CL | 3 | --- | --- | --- |
| 8/08 | 9:38A | 661−964−8486 | Peak | M2MAllow | Pearblosso CA | Snca Nhcs CA | 1 | --- | --- | --- |
| 8/08 | 9:49A | 818−645−9205 | Peak | PlanAllow | Pearblosso CA | Van Nuys CA | 1 | --- | --- | --- |
| 8/08 | 10:16A | 818−645−9205 | Peak | PlanAllow | Pearblosso CA | Van Nuys CA | 1 | --- | --- | --- |
| 8/08 | 11:18A | 818−645−9205 | Peak | PlanAllow | Palmdale CA | Incoming CL | 3 | --- | --- | --- |
| 8/08 | 11:25A | 818−645−9205 | Peak | PlanAllow | Pearblosso CA | Van Nuys CA | 2 | --- | --- | --- |
| 8/08 | 11:50A | 216−282−0011 | Peak | PlanAllow | Palmdale CA | Incoming CL | 1 | --- | --- | --- |
| 8/08 | 1:01P | 818−581−5093 | Peak | PlanAllow | Santa Clar CA | Incoming CL | 1 | --- | --- | --- |
| 8/08 | 1:02P | 818−581−5093 | Peak | PlanAllow | Santa Clar CA | Incoming CL | 9 | --- | --- | --- |
| 8/08 | 2:12P | 661−964−8486 | Peak | M2MAllow | Los Angele CA | Incoming CL | 2 | --- | --- | --- |
| 8/08 | 5:00P | 818−419−3759 | Peak | M2MAllow | Van Nuys CA | Incoming CL | 2 | --- | --- | --- |
| 8/08 | 8:06P | 661−964−8486 | Peak | M2MAllow | Santa Clar CA | Snca Nhcs CA | 2 | --- | --- | --- |
| 8/08 | 8:09P | 661−964−8486 | Peak | M2MAllow | Santa Clar CA | Incoming CL | 1 | --- | --- | --- |
| 8/09 | 9:08A | 800−956−4638 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 1 | --- | --- | --- |
| 8/09 | 11:02A | 323−702−0098 | Peak | PlanAllow | Palmdale CA | Incoming CL | 10 | --- | --- | --- |
| 8/09 | 11:13A | 323−702−0098 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 1 | --- | --- | --- |
| 8/09 | 11:45A | 661−816−8190 | Peak | PlanAllow | Pearblosso CA | Palmdale CA | 2 | --- | --- | --- |
| 8/09 | 12:15P | 818−741−6162 | Peak | PlanAllow | Palmdale CA | Incoming CL | 3 | --- | --- | --- |
| 8/09 | 12:44P | 323−702−0098 | Peak | PlanAllow | Pearblosso CA | Lsan DA 12 CA | 2 | --- | --- | --- |
| 8/09 | 12:58P | 818−741−6162 | Peak | PlanAllow | Littlerock CA | Snfn Snfn CA | 1 | --- | --- | --- |

verizonwireless

## Detail for Luis Aguirre: 661-414-2866

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12/25 | 11:32A | 661-904-9569 | Off-Peak | N&W | Canyon Cou CA | Snca Nhcs CA | 1 | --- | --- | --- |
| 12/25 | 12:06P | 714-497-7430 | Off-Peak | N&W | Newhall CA | Orange CA | 8 | --- | --- | --- |
| 12/25 | 3:48P | 800-639-7000 | Off-Peak | N&W | Newhall CA | Toll-Free CL | 1 | --- | --- | --- |
| 12/25 | 3:53P | 661-904-9569 | Off-Peak | N&W | Canyon Cou CA | Snca Nhcs CA | 1 | --- | --- | --- |
| 12/25 | 6:55P | 818-741-6162 | Off-Peak | N&W | Canyon Cou CA | Snfn Snfn CA | 1 | --- | --- | --- |
| 12/25 | 6:58P | 661-298-5550 | Off-Peak | N&W | Newhall CA | Snca Sgcc CA | 1 | --- | --- | --- |
| 12/25 | 8:07P | 818-741-6162 | Off-Peak | N&W | Canyon Cou CA | Incoming CL | 3 | --- | --- | --- |
| 12/25 | 9:31P | 714-497-7430 | Off-Peak | N&W | Canyon Cou CA | Incoming CL | 2 | --- | --- | --- |
| 12/26 | 12:55P | 661-350-6008 | Off-Peak | N&W | Canyon Cou CA | Incoming CL | 5 | --- | --- | --- |
| 12/26 | 1:32P | 661-904-6805 | Off-Peak | N&W | Canyon Cou CA | Incoming CL | 1 | --- | --- | --- |
| 12/26 | 1:52P | 661-348-2091 | Off-Peak | N&W | Canyon Cou CA | Incoming CL | 7 | --- | --- | --- |
| 12/26 | 1:59P | 661-348-2091 | Off-Peak | N&W | Canyon Cou CA | Incoming CL | 63 | --- | --- | --- |
| 12/26 | 3:02P | 661-904-6305 | Off-Peak | N&W | Canyon Cou CA | Snca Nhcs CA | 1 | --- | --- | --- |
| 12/26 | 3:05P | 661-904-6805 | Off-Peak | N&W | Canyon Cou CA | Snca Nhcs CA | 2 | --- | --- | --- |
| 12/26 | 3:07P | 714-497-7430 | Off-Peak | N&W | Canyon Cou CA | Orange CA | 2 | --- | --- | --- |
| 12/26 | 5:04P | 661-904-9569 | Off-Peak | N&W | Canyon Cou CA | Snca Nhcs CA | 1 | --- | --- | --- |
| 12/26 | 6:53P | 866-579-8583 | Off-Peak | N&W | Canyon Cou CA | Incoming CL | 1 | --- | --- | --- |
| 12/26 | 7:38P | 411-000-0000 | Off-Peak | N&W | Canyon Cou CA | 411Search CL | 1 | --- | 1.99 | 1.99 |
| 12/26 | 7:39P | 661-252-5599 | Off-Peak | N&W | Canyon Cou CA | Snca Sgcc CA | 1 | --- | --- | --- |
| 12/26 | 7:47P | 411-000-0000 | Off-Peak | N&W | Canyon Cou CA | 411Search CL | 1 | --- | 1.99 | 1.99 |
| 12/26 | 11:46P | 818-741-6162 | Off-Peak | N&W | Canyon Cou CA | Incoming CL | 2 | --- | --- | --- |
| 12/26 | 11:51P | 818-741-6162 | Off-Peak | N&W | Canyon Cou CA | Incoming CL | 1 | --- | --- | --- |
| 12/27 | 11:54A | 661-904-6805 | Peak | M2MAllow | Newhall CA | Snca Nhcs CA | 1 | --- | --- | --- |
| 12/27 | 12:30P | 888-475-6741 | Peak | PlanAllow | Newhall CA | Incoming CL | 3 | --- | --- | --- |
| 12/27 | 12:37P | 714-497-7430 | Peak | M2MAllow | Newhall CA | Orange CA | 35 | --- | --- | --- |
| 12/27 | 2:45P | 661-904-6805 | Peak | M2MAllow | Canyon Cou CA | Snca Nhcs CA | 1 | --- | --- | --- |
| 12/27 | 2:46P | 661-904-6805 | Peak | M2MAllow | Newhall CA | Snca Nhcs CA | 3 | --- | --- | --- |
| 12/27 | 3:48P | 801-727-0607 | Peak | PlanAllow | Newhall CA | Draper UT | 1 | --- | --- | --- |
| 12/27 | 6:23P | 661-904-6805 | Peak | M2MAllow | Newhall CA | Snca Nhcs CA | 2 | --- | --- | --- |
| 12/28 | 8:24A | 661-904-6805 | Peak | M2MAllow | Canyon Cou CA | Snca Nhcs CA | 1 | --- | --- | --- |
| 12/28 | 8:28A | 619-397-5485 | Peak | PlanAllow | Newhall CA | Chulavista CA | 6 | --- | --- | --- |
| 12/28 | 9:09A | 714-497-7430 | Peak | M2MAllow | Canyon Cou CA | Orange CA | 3 | --- | --- | --- |
| 12/28 | 9:12A | 714-497-7430 | Peak | M2MAllow | Canyon Cou CA | Incoming CL | 1 | --- | --- | --- |
| 12/28 | 10:04A | 661-255-0167 | Peak | PlanAllow | Newhall CA | Snca Nhcs CA | 18 | --- | --- | --- |
| 12/28 | 10:26A | 661-904-6805 | Peak | M2MAllow | Canyon Cou CA | Snca Nhcs CA | 1 | --- | --- | --- |
| 12/28 | 10:28A | 714-497-7430 | Peak | M2MAllow | Canyon Cou CA | Orange CA | 1 | --- | --- | --- |
| 12/28 | 10:37A | 951-205-7130 | Peak | M2MAllow | Canyon Cou CA | Riverside CA | 10 | --- | --- | --- |
| 12/28 | 11:39A | 661-333-4428 | Peak | PlanAllow | Canyon Cou CA | Bkfd Main CA | 1 | --- | --- | --- |
| 12/28 | 11:41A | 661-333-4428 | Peak | PlanAllow | Canyon Cou CA | Bkfd Main CA | 1 | --- | --- | --- |
| 12/28 | 11:43A | 661-255-0167 | Peak | PlanAllow | Newhall CA | Snca Nhcs CA | 6 | --- | --- | --- |
| 12/28 | 11:50A | 661-904-6805 | Peak | M2MAllow | Newhall CA | Incoming CL | 1 | --- | --- | --- |
| 12/28 | 3:16P | 510-846-5735 | Peak | M2MAllow | Canyon Cou CA | Okld Almd CA | 8 | --- | --- | --- |
| 12/28 | 3:42P | 818-837-3840 | Peak | PlanAllow | Canyon Cou CA | Snfn Snfn CA | 4 | --- | --- | --- |
| 12/28 | 3:50P | 661-904-6805 | Peak | M2MAllow | Canyon Cou CA | Snca Nhcs CA | 1 | --- | --- | --- |
| 12/28 | 3:59P | 818-979-4122 | Peak | PlanAllow | Newhall CA | Snfn Snfn CA | 2 | --- | --- | --- |

Order # : 2810  Copy # : 03        Control # 50000028-00002683

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

ORIGINAL VERIFIED COMPLAINT

# NCO

NCO Financial Systems, Inc.

507 Prudential Road
Horsham, PA 19044
1-866-305-9426

Office Hours: 8:00 a.m. - 9:00 p.m. Monday through Thursday
8:00 a.m. - 5:00 p.m. Friday, 8:00 a.m. - 12:00 noon Saturday

June 21, 2011

Carlos Aguirre
P.O. Box 500048
Palmdale, CA 93591

Dear Carlos Aguirre:

Thank you for your recent communication. I can assure you that we are committed to assisting you; however, we have been unable to locate the matter you have referenced from the information we have been provided. Please provide us with further identifying information such as your social security number, a copy of your most recent credit bureau report reflecting NCO's listing, the telephone number that you claim NCO is calling in addition to the telephone number your claim NCO is calling from in order to further research your claim and the billing address of the account. A copy of any correspondence you may have received from us would also be of assistance. Kindly contact me at the above address with this information.

Thank you for your anticipated cooperation regarding this request.

Very truly yours,

Louis Elliott
Consumer Affairs Representative I

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

Calls to or from NCO Financial Systems, Inc. may be monitored or recorded for quality assurance.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# (EXHIBIT D)

ORIGINAL VERIFIED COMPLAINT

Date: June 6, 2011

## NOTICE AND DEMAND TO CEASE AND DESIST COLLECTION ACTIVITIES PRIOR TO VALIDATION OF PURPORTED DEBT

**From :** Carlos Aguirre                    **To:** NCO Financial Systems
P.O. Box 500048                              507 Prudential Rd.
Palmdale, Ca 93591                           Horsham, PA 19044-2308

REF:  Alleged debt claimed by: American Express

Alleged Account # ????
Alleged Balance $ ?????

This is an offer to fully pay/discharge the attached claim of debt on the condition that the claiming parties comply with this notice within 30 days of receipt of this correspondence.

This notice is my demand to "cease and desist" collection--including calling my telephones.

This letter is being sent to you in response to calls I have received from this company. Be advised that this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g Sec. 809 (b) that your claim is disputed and validation is requested.

Validation made pursuant to the above named Title and Section. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

Please provide me with the following:

What the money you say I owe is for;
Explain and show me how you calculated what you say I owe;
Provide me documents of any papers that show I agreed to pay what you say I owe;
Provide a verification or copy of any judgment if applicable;
Identify the original creditor;
Prove the Statute of Limitations has not expired on this account

If your offices are able to provide the proper documentation as requested, I will require at least 30 days to investigate this information and during such time all collection activity must cease and desist.

If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

I hereby request, in writing, that no telephone contact be made by your offices to my home, cell or to my place of employment.

All future communications with me MUST be done in writing and sent to the address noted in this letter.

Thank You

Carlos Aguirre _____ Date: June 6, 2011

1

## *Verification*

In Witness, Whereof, Knowing the law of bearing false witness before God and Men, I Solemnly aver the above is true and correct and is presented to the Defendant in good faith and is not interposed for the purpose of delay or any other purpose with which-- I, the Plaintiff, have herein stated and declared.

That I have further read the above Complaint and know the contents thereof to be true; and the same is true of my own knowledge, except to the matters which are therein stated on my information and belief, and as to those matters I believe them to be true.

Dated: 09-23-2011

By: _____
**Carlos Aguirre, Pro Per**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

## CV11- 7955 PSG (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
CARLOS AGUIRRE
38587 154th Street East
Palmdale, California 93591
(661) 414-2866 Cell

FOR OFFICE USE ONLY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CARLOS AGUIRRE

PLAINTIFF(S)

v.

NCO Financial Systems, Inc.

DEFENDANT(S).

CASE NUMBER

CV11-7955 - PSC

SUMMONS

TO:   DEFENDANT(S):   NCO Financial Systems, Inc.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __CARLOS AGUIRRE__, whose address is __38587 154th Street East, Palmdale, California 93591__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: __9-26-11__

Clerk, U.S. District Court

By: _____

CHRIS SAWYER

Deputy Clerk

SEAL

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allow 60 days by Rule 12(a)(3)].*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☑) | DEFENDANTS |
|---|---|
| CARLOS AGUIRRE | NCO Financial Systems, Inc. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>CARLOS AGUIRRE<br>38587 154th Street East<br>Palmdale, California 93591          (661) 414-2866 Cell | Attorneys (If Known) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No          ☑ **MONEY DEMANDED IN COMPLAINT: $** TO BE DETERMINED

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC 1692 VIOLATION OF THE FAIR DEBT PRACTICES ACT

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☑ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **FORFEITURE / PENALTY** | | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | ☐ 440 Other Civil Rights | | |

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　　☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　　☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　　☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | PENNSYLVANIA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
　　Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  09-23-2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |